# ELECTRONIC RECORD

**569-15**
**570-15**
**571-15**
**572-15**

COA #   11-13-00094-CR          OFFENSE:   19.03-01

STYLE: **Victor White v.**
**The State of Texas**          COUNTY:   Ector

COA DISPOSITION:    AFFIRMED          TRIAL COURT:  358th District Court

DATE: 3/26/15          Publish: <u>NO</u>   TC CASE #:   D-38,103

## IN THE COURT OF CRIMINAL APPEALS

**569-15   570-15**
**572-15**

STYLE: **Victor White v.**
**The State of Texas**          CCA #:   **PD-0571-15**

_____ PRO SE _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____ REFUSED _____          JUDGE: _____

DATE: 10/07/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____